```
 1  Daniel L. Rasmussen, No. 120276
    PAYNE & FEARS LLP
 2  Attorneys at Law
    One Embarcadero Center, Suite 2300
 3  San Francisco, CA 94111
    Telephone: (415) 398-7860
 4  Facsimile: (415) 398-7863

 5  Attorneys for Defendant True
    Beginnings, LLC
 6
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| ROBERT WELLS, | CASE NO. C 05 5373 EMC |
|---|---|
| Plaintiff, | Stipulation to Extend Time to Respond to Complaint ; ORDER |
| v. | |
| TRUE BEGINNINGS, LLC dba TRUE.COM, | |
| Defendant. | |

Stipulation re Response to Complaint     Case No. C 05 5373

The parties hereto, through their respective counsel, hereby stipulate that defendant True Beginnings, LLC, dba True.com, has until June 1, 2006 to respond to Plaintiff's complaint.

DATED: May 16, 2006     PAYNE & FEARS LLP

By: /s/ Daniel L. Rasmussen
DANIEL L. RASMUSSEN
Attorneys for Defendant True
Beginnings, LLC, dba True.com

DATED: May 18, 2006     MEHLMAN TERBEEK, LLC

By: /s/ Marc L. Terbeek
Marc L. Terbeek
Attorneys for Plaintiff Robert Wells

316638.1

IT IS SO ORDERED.

_____
EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

[Stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]