```
 1  Steven J. Mehlman, Esq. (SBN:95881)
    Marc L. TerBeek, Esq. (SBN:166098)
 2  MEHLMAN ◆TERBEEK LLP
    2125 Oak Grove Road, Suite 125
 3  Walnut Creek, California 94598
    Tel: (925) 935-3575
 4  Fax: (925) 935-1789

 5  Attorneys for Plaintiff Robert Wells
```

Case 3:05-cv-05373-EMC   Document 10   Filed 05/31/2006   Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WELLS | Case No. C05-5373 emc |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| TRUE BEGINNINGS, LLC dba TRUE.COM, | |
| Defendant. | |

- 1 -    Stipulation and Order

1  The parties hereto, through their respective counsel, are currently engaged in settlement
2  discussions and in order to save expenses to respond to the Complaint filed on behalf of Plaintiff
3  Robert Wells it is hereby stipulated that Defendant True Beginnings, LLC, dba TRUE.COM has
4  until June 16, 2006 to respond to Plaintiff's Complaint.

Case 3:05-cv-05373-EMC   Document 10   Filed 05/31/2006   Page 2 of 2

MEHLMAN*TERBEEK, LLP

Dated: May 26, 2006

*/s/ Steven J. Mehlman*
Steven J. Mehlman
Attorney for Plaintiff, Robert Wells

PAYNE & FEARS, LLP

Dated: May 29, 2006

*/s/ Daniel L. Rasmussen*
Daniel L. Rasmussen
Attorney for Defendant, True Beginnings, LLC
dba True.Com

IT IS SO ORDERED

_____
EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]