1  Steven J. Mehlman, Esq. (SBN:95881)
   Marc L. TerBeek, Esq. (SBN:166098)
2  **MEHLMAN ✦ TERBEEK LLP**
   2125 Oak Grove Road, Suite 125
3  Walnut Creek, California 94598
   Tel:  (925) 935-3575
4  Fax: (925) 935-1789

5  Attorneys for Plaintiff Robert Wells

6

7

8

9                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
10

11  ROBERT WELLS                        )  Case No.  C05-5373 emc
                                        )
12          Plaintiff,                  )  **STIPULATION AND ORDER**
                                        )
13  vs.                                 )
                                        )
14  TRUE BEGINNINGS, LLC dba TRUE.COM,  )
                                        )
15          Defendant.                  )

16

17

18

19

20

21

22

23

24

25

26

27

28

1       The parties hereto, through their respective counsel, are presently engaged in settlement

2   negotiations and are currently drafting a Settlement Agreement between the parties respectively

3   to conclude this matter without the necessity of further litigation; therefore, it is hereby stipulated

4   that Defendant True Beginnings, LLC, dba TRUE.COM has until July 28, 2006 to respond to

5
    Plaintiff's Complaint.

6

7                                                MEHLMAN❖TERBEEK, LLP

8   Dated:   June 13, 2006

9                                                Steven J. Mehlman
                                                 Attorney for Plaintiff, Robert Wells
10

11                                               PAYNE & FEARS, LLP

12
    Dated:   June 13, 2006
13
                                                 Daniel L. Rasmussen
14                                               Attorney for Defendant, True Beginnings, LLC
                                                 dba True.Com
15

16

17  IT IS SO ORDERED:  The case management conference currently scheduled for 7/19/06

18                     at 1:30 p.m. has been reset for 8/9/06 at 1:30 p.m.  A Joint Case

19                     Management Conference Statement shall be filed by 8/2/06.

20  EDWARD M. CHEN
    U.S. MAGISTRATE JUDGE
21

22                      IT IS SO ORDERED
                        AS MODIFIED
23
                        Judge Edward M. Chen
24

25

26

27

28

                                    - 2 -              Stipulation and Order