1   STEVEN J. MEHLMAN, ESQ. (SBN: 95881)
    MARC TERBEEK, ESQ. (SBN: 166098)
2   MEHLMAN ✦ TERBEEK, LLP
    2125 OAK GROVE ROAD, SUITE 125
3   WALNUT CREEK, CA 94598
    PHONE: (925) 935-3575
4   FAX: (925) 935-1789

5   Attorneys for Plaintiff
    ROBERT WELLS

Case 3:05-cv-05373-EMC     Document 14     Filed 07/27/2006     Page 1 of 2

6

7

8                      UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11  ROBERT WELLS,                    )      CASE NO: C05-5373 EMC
                                     )
12            Plaintiff,             )      **STIPULATION AND ORDER**
                                     )
13  v.                               )
                                     )
14  TRUE BEGINNINGS, LLC, d.b.a.     )
    TRUE.COM,                        )
15                                   )
             Defendant.              )
16                                   )

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

MEHLMAN ✦
TERBEEK LLP
2125 Oak Grove
Road
Suite 125
Walnut Creek, CA
94598
(925) 935-3575

1    The parties hereto, through their respective counsel of record, are presently engaged in

2    settlement negotiations and are currently drafting a Settlement Agreement between the parties

3    respectively to conclude this matter without the necessity of litigation. The parties have reached a

4    settlement in principle but they need more time to work on the verbiage of the Agreement. Therefore,

5    it is hereby stipulated that Defendant, True Beginnings, LLC, d.b.a. True.com has until September

6    1, 2006, to respond to Plaintiff's Complaint. It is also stipulated that the Case Management

7    Conference currently scheduled for August 9, 2006, at 1:30 p.m., shall be reset at the discretion of

8    the Court to a date after September 1, 2006.

9

10   Dated: July 26, 2006                    **MEHLMAN ❖ TERBEEK LLP**

11                                           _____

12                                           MARC TERBEEK, Attorney for Plaintiff
                                             ROBERT WELLS

13

14                                           **PAYNE & FEARS, LLP**

15

16   Dated: _July 27, 2006_                  _____

17                                           DANIEL L. RASMUSSEN, Attorney for Defendant
                                             TRUE BEGINNINGS, LLC, d.b.a. TRUE.COM

18

19                                           **ORDER**

20   IT IS SO ORDERED.

21   The Case Management Conference currently scheduled for August 9, 2006, at 1:30 p.m. has been

22   reset for __13__ September, 2006, at 1:30 p.m. A Joint Case Management Conference Statement shall

23   be filed by __6__ September, 2006.

24

25

26   Dated: _July 31, 2006_

27   EDWARD M.                                IT IS SO ORDERED
     U.S. MAGIST                              AS MODIFIED
28                                            Judge Edward M. Chen

MEHLMAN ❖
TERBEEK LLP
2125 Oak Grove
Road
Suite 125
Walnut Creek, CA
94598
(925) 935-3575

STIPULATION AND ORDER
CASE NO: C05-5373 EMC                                2