1  Daniel L. Rasmussen, No. 120276
   PAYNE & FEARS LLP
2  Attorneys at Law
   One Embarcadero Center, Suite 2300
3  San Francisco, CA 94111
   Telephone: (415) 398-7860
4  Facsimile: (415) 398-7863

5  Attorneys for Defendant True
   Beginnings, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT WELLS, | CASE NO. C 05 5373 EMC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |
| v. | |
| TRUE BEGINNINGS, LLC dba TRUE.COM, | |
| Defendant | |

STIPULATION AND ORDER FOR DISMISSAL OF ACTION

```
 1          IT IS HEREBY STIPULATED by and between Plaintiff ROBERT
 2   WELLS and Defendant TRUE BEGINNINGS, LLC dba TRUE COM through
 3   their counsel of record, that all claims for relief in the above-
 4   captioned action brought or which could have been brought by
 5   ROBERT WELLS be and hereby are dismissed in their entirety with
 6   prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1),
 7   with all parties to bear their own costs
 8
 9   DATED: September 8, 2006          MEHLMAN TERBEEK LLC
10
11                                     By: _____
                                           Marc L. Terbeek
12
                                       Attorney for Plaintiff
13                                     Robert Wells
14
15   DATED: September 7, 2006          PAYNE & FEARS LLP
16
17                                     By: _____
                                           Daniel L. Rasmussen
18
                                       Attorneys for Defendant True
19                                     Beginnings, LLC, dba True com
```

STIPULATION AND ORDER FOR DISMISSAL OF ACTION
-2-

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT ALL CLAIMS FOR RELIEF IN THE ABOVE-CAPTIONED ACTION BROUGHT OR WHICH COULD HAVE BEEN BROUGHT BY PLAINTIFF ROBERT WELLS AGAINST DEFENDANTS TRUE BEGINNINGS LLC, dba TRUE COM BE, AND HEREBY ARE, DISMISSED IN THEIR ENTIRETY WITH PREJUDICE, WITH ALL PARTIES TO BEAR THEIR OWN COSTS

Dated: September 19, 2006

Hon Edward M Chen
Magistrate Judge of the United States District Court for the Northern District of California, San Francisco